1  Kevin J. Stoops (Cal. Bar No. 332200)
   kstoops@sommerspc.com
2  Charles R. Ash, IV (Admitted Pro Hac Vice)
   crash@sommerspc.com
3  SOMMERS SCHWARTZ, P.C.
   One Towne Square, Suite 1700
4  Southfield, Michigan 48076
   Telephone: (248) 355-0300
5  Facsimile: (248) 436-8453

6  David Yeremian (Cal. Bar No. 226337)
   david@yeremianlaw.com
7  DAVID YEREMIAN & ASSOCIATES, INC.
   535 N. Brand Blvd., Suite 705
8  Glendale, California 91203
   Telephone: (818) 230-8380
9  Facsimile: (818) 230-0308

10 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PAULA PEREZ, BRIANDA LUGO, and YESENIA RUVALCABA,<br><br>Plaintiff,<br><br>v.<br><br>COMEX FOOD SERVICE, INC., and COMEX KC, LLC,<br><br>Defendants. | Case No: 5:19-cv-01821-LHK<br><br>**NOTICE OF MOTION AND MOTION TO APPROVE PRIVATE ATTORNEYS GENERAL ACT SETTLEMENT**<br><br>Date:   April 15, 2021<br>Time:  1:30 p.m.<br>Crtrm: 8<br><br>Assigned to the Honorable Lucy H. Koh<br>Courtroom 8<br><br>Complaint Filed: April 4, 2019<br>Trial Date:   None Set |

1   Case No. 5:19-cv-01821-LHK

NOTICE OF MOTION AND MOTION TO APPROVE PRIVATE
ATTORNEYS GENERAL ACT SETTLEMENT

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD: YOU ARE HEREBY GIVEN NOTICE THAT** at 10:00 a.m., on April 15, 2021, or as soon thereafter as the matter can be heard, in Courtroom 8 of the above-entitled Court before the Honorable Lucy H. Koh, Plaintiff Paula Perez will move for an order approving the settlement of the PAGA claims asserted in this case against Defendant Comex KC, LLC in accordance with Labor Code § 2699(l). Said motion will be based on this notice, the accompanying points and authorities, the Declaration of Charles R. Ash, IV, and the complete files and records in this action.

Because all parties have agreed to the settlement, this motion is not opposed by Defendants.

Dated:  December 15, 2020    SOMMERS SCHWARTZ, P.C.

By:  */s/ Charles R. Ash, IV*
Charles R. Ash, IV
(Admitted *Pro Hac Vice*)
Kevin J. Stoops
(Cal. Bar No. 332200)
Attorney for Plaintiff
Paula Perez
One Towne Square, 17th Floor
Southfield, Michigan  48076
crash@sommerspc.com
kjstoops@sommerspc.com

2    Case No. 5:19-cv-01821-LHK

NOTICE OF MOTION AND MOTION TO APPROVE PRIVATE
ATTORNEYS GENERAL ACT SETTLEMENT

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Oakland, State of Michigan. I am over the age of 18 and not a party to the within action; am employed with Sommers Schwartz, P.C. and my business address is One Towne Square, 17th Floor; Southfield, Michigan 48076.

On December 15, 2020, I served the foregoing document entitled **NOTICE OF MOTION AND MOTION TO APPROVE PRIVATE ATTORNEYS GENERAL ACT SETTLEMENT**; on all the appearing and/or interested parties in this action:

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

Executed December 15, 2020 at Southfield, Michigan.

| Charles R. Ash, IV | By: | */s /Charles R. Ash, IV* |
|---|---|---|
| Print Name | | Signature |