UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA PEREZ, BRIANDA LUGO, and YESENIA RUVALCABA,<br><br>Plaintiff,<br><br>v.<br><br>COMEX FOOD SERVICE, INC. and COMEX KC, LLC,<br><br>Defendants. | Case No. 19-CV-01821-LHK<br><br>**ORDER APPROVING SETTLEMENT** |

On December 15, 2020, Plaintiff filed an unopposed motion for approval of the Settlement Agreement that the parties reached regarding Plaintiff's Private Attorneys General Act claims against Defendant Comex KC, LLC. ECF No. 64-1;[1] ECF No. 64-5 ("Settlement Agreement"). Having reviewed the Settlement Agreement pursuant to California Labor Code § 2699(l)(2), the Court finds that the award is not "unjust, arbitrary and oppressive, or confiscatory." Cal. Labor Code § 2699(e)(2). Moreover, the Court finds that the Settlement Agreement is fair and reasonable and promotes the purposes of the Private Attorneys General Act. For the foregoing

---

[1] Plaintiff's motion for settlement approval contains a notice of motion that is contained in a separate document from the points and authorities in support of the motion. ECF No. 64. Civil Local Rule 7-2(b) provides that the notice of motion and points and authorities must be contained in one document with the same pagination.

1

Case No. 19-CV-01821-LHK
ORDER APPROVING SETTLEMENT

1  reasons, having considered Plaintiff's motion, the relevant law, and the record in this case, the

2  Court hereby GRANTS Plaintiff's motion for settlement approval.

3  **IT IS SO ORDERED.**

4  Dated: April 7, 2021

    *Lucy H. Koh*
    LUCY H. KOH
    United States District Judge