United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA PEREZ, BRIANDA LUGO, and YESENIA RUVALCABA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMEX FOOD SERVICE, INC. and COMEX KC, LLC,<br><br>    Defendants. | Case No. 19-CV-01821-LHK<br><br>**JUDGMENT** |

On April 7, 2021, the Court granted Plaintiff's motion for settlement approval. ECF No. 69. Accordingly, the Clerk shall enter judgment. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 7, 2021

_____
LUCY H. KOH
United States District Judge

1

Case No. 19-CV-01821-LHK
JUDGMENT